UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61850-CIV-LENARD/WHITE

**WILLIAM MITCHELL,**

    Petitioner,

vs.

**HOWARD FINKLESTEIN, et al.,**

    Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 12), GRANTING MOTION FOR RECONSIDERATION (D.E. 10) AND DISMISSING PETITION FOR HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 12), issued on December 17, 2010. Petitioner William Mitchell ("Mitchell") filed his Response to the Report ("Response," D.E. 5) on November 9, 2010. After a *de novo* review of the Report, the Objections and the record, the Court finds as follows.

    The Report finds that Mitchell's Complaint under the Civil Rights Act should properly be considered a petition for writ of habeas corpus, as Mitchell is challenging his ongoing state court criminal proceedings. (Report at 2.) The Report also finds that Petitioner may not bring the instant petition while his state court proceedings are pending. (*Id*.) Consequently, the Report recommends dismissing the instant petition. (*Id*. at 3.) Finally, because this action is a petition for habeas corpus and not a civil rights complaint, the Report recommends granting Petitioner's Motion for Reconsideration (D.E. 10) of the Magistrate's

Order (D.E. 5) establishing a debt in lieu of a filing fee.

Petitioner's Response confirms his desire that this action be construed as a petition for habeas corpus. (Response at 2.) He does not address any of the Reports other findings and recommendations. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendations of the Magistrate Judge (D.E. 12), issued on December 3, 2010, is **ADOPTED**.

2. Petitioner's Motion for Reconsideration (D.E. 10) of the Magistrate's Order Establishing Debt (D.E. 5) is **GRANTED**.

3. Petitioner's Petition for Writ of Habeas Corpus (D.E. 1) is **DISMISSED** without prejudice. Upon exhaustion of all remedies in state court, Petitioner may re-file.

4. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of February, 2011.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**